IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON REZAIAN,<br><br>MARY REZAIAN,<br><br>and<br><br>ALI REZAIAN<br><br>      Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br>THE ISLAMIC REVOLUTIONARY<br>GUARD CORPS,<br><br>      Defendants. | Civil Action No. 1:16-cv-01960-RJL |

**NOTICE OF TERRORIST ORGANIZATION DESIGNATION**

On April 15, 2019, the U.S. Department of State designated the Islamic Revolutionary Guard Corps ("IRGC")—a Defendant in the instant case—as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act.[1]  In announcing this designation, the President noted that this "will be the first time that the United States has ever named a part of another government as a FTO," which "underscores the fact that Iran's actions

---

[1] *See* Foreign Terrorist Organizations, U.S. Dept' of State, https://www.state.gov/j/ct/rls/other/des/123085.htm; *see also In the Matter of the Designation of the Islamic Revolutionary Guard Corps (or Other Aliases) as a Foreign Terrorist Organization*, 84 Fed. Reg. 15278 (Apr. 15, 2019).


are fundamentally different than those of other governments."[2] The White House also emphasized that "[t]he Iranian regime employs terrorism as a central tool of its statecraft and uses the IRGC to direct and carry out its global terrorist campaign."[3] According to the State Department, "[t]he IRGC FTO designation highlights that Iran is an outlaw regime that uses terrorism as a key tool of statecraft and that the IRGC … has engaged in terrorist activity or terrorism since its inception," including "taking hostages and wrongfully detaining numerous U.S. persons, several of whom remain in captivity in Iran today."[4]

This designation is part of the U.S. Government's strategic policy of applying "maximum pressure on the Iranian regime."[5] This policy is intended to "increase the financial pressure and isolation of Iran and deprive the regime of resources it uses for its terrorist activities"[6] until such time as "it abandons its malign and outlaw behavior."[7]

---

[2] Statement from the President on the Designation of the Islamic Revolutionary Guard Corps as a Foreign Terrorist Organization, The White House (April 8, 2019), https://www.whitehouse.gov/briefings-statements/statement-president-designation-islamic-revolutionary-guard-corps-foreign-terrorist-organization/.
[3] Fact Sheet, President Donald J. Trump is Holding the Iranian Regime Accountable for Its Global Campaign of Terrorism, The White House (April 8, 2019), https://www.whitehouse.gov/briefings-statements/president-donald-j-trump-holding-iranian-regime-accountable-global-campaign-terrorism/.
[4] Fact Sheet, Designation of the Islamic Revolutionary Guard Corps, U.S. Dep't of State (April 8, 2019), https://www.state.gov/r/pa/prs/ps/2019/04/290963.htm.
[5] Statement, *supra* n.2.
[6] Fact Sheet, *supra* n.3.
[7] Statement, *supra* n.2.

Dated: May 1, 2019                                        Respectfully submitted,

*/s/ David W. Bowker*
  David W. Bowker (DC Bar No. 989309)
  Robert Kimmitt (DC Bar No. 940742)
  Maury Riggan (DC Bar No. 1024739)
  Justin Baxenberg (DC Bar No. 1034258)
  Derek A. Woodman (DC Bar No. 1032144)
  Wilmer Cutler Pickering Hale and Dorr LLP
  1875 Pennsylvania Avenue, NW
  Washington, DC 20006
  Tel.: (202) 663-6000
  david.bowker@wilmerhale.com
  maury.riggan@wilmerhale.com
  justin.baxenberg@wilmerhale.com
  derek.woodman@wilmerhale.com