UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON REZAIAN, *et al.*,       )
                               )
    Plaintiffs,              )
                               )
v.                             )   Civil Case No. 16-1960 (RJL)
                               )
ISLAMIC REPUBLIC OF IRAN, *et al.*, )
                               )
    Defendants.              )
                               )

**FILED**

NOV 22 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**21st ORDER**

(November 21, 2019) [Dkt. ## 19, 28]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion for Default Judgment [Dkt. # 19] is **GRANTED**; it is further

**ORDERED** that plaintiffs' Motion in Limine [Dkt. # 28] is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court is directed to enter judgment against Iran in the following amounts:

- Plaintiff Jason Rezaian is awarded $15,440,000 in damages for pain and suffering and $8,407,267 in economic damages;

- Plaintiff Ali Rezaian is awarded $1,562,500 in damages for pain and suffering and $1,149,539 in economic damages;

- Plaintiff Mary Rezaian is awarded $3,125,000 in damages for pain and suffering and $8,761 in economic damages; and

- Plaintiffs are jointly awarded $150,000,000 in punitive damages.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge