

# United States Department of State

*Washington, D.C.   20520*

May 21, 2020

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re: Jason Rezaian, et al. v. Islamic Republic of Iran, et al., 1:16-cv-01960**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of a Judgment in a Civil Action, Memorandum Opinion, Order, and Notice of Default Judgment to the Islamic Republic of Iran and Islamic Revolutionary Guard Corps pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as defendants in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes Nos. 1031-IE and 1032-IE, dated March 1, 2020 and delivered on March 2, 2020. Certified copies of these diplomatic notes are enclosed.

Sincerely,

Jared Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

RECEIVED
Mail Room

JUN 1 2 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Cc: David W. Bowker
Wilmer Cuder Pickering Hale and Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC 20006