IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON REZAIAN,<br><br>MARY REZAIAN,<br><br>    and<br><br>ALI REZAIAN<br><br>        Plaintiffs,<br><br>    v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br>THE ISLAMIC REVOLUTIONARY<br>GUARD CORPS,<br>c/o Ministry of Foreign Affairs<br>Khomeni Avenue, United Nations Street<br>Tehran, Iran<br><br>        Defendants. | Civil Action No. 1:16-cv-1960 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to CPR 101(c)(1), please enter the withdrawal of Jennifer Maury Riggan as counsel for Jason, Mary, and Ali Rezaian in the above-captioned matter. Ms. Riggan has resigned from Wilmer Cutler Pickering Hale and Dorr LLP. Plaintiffs will continue to be represented by the other attorneys of Wilmer Cutler Pickering Hale and Dorr LLP who have entered appearances in this matter.

       Respectfully submitted,

       <u>/s/ David Bowker</u>

       DAVID W. BOWKER (D.C. BAR #989309)
       WILMER CUTLER PICKERING HALE AND DORR LLP
       1875 Pennsylvania Avenue, NW
       Washington, DC 20006
       Tel.: (202) 663-6098
       David.Bowker@wilmerhale.com

       *Counsel for Plaintiffs*

Dated: July 27, 2020